## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DELOISE EBERT,

    Plaintiff,

v.                                                Case No: 8:11-cv-409-T-24EAJ

SEARS RETAIL OUTLET STORE,

    Defendant.

_____

## ORDER

This cause comes before the Court on *pro se* Plaintiff's Motion to Seal or Otherwise Limit Inspection of a Case Record (Dkt. 15). The Court, having reviewed the motion, and being otherwise advised, concludes that the motion should be denied. *See e.g.* Local Rule 1.09, M.D. Fla.; *Schojan v. Papa John's Int'l, Inc.*, No. 8:14-CV-1218-T-33MAP, 2014 WL 4674340, at *1 (M.D. Fla. Sept. 18, 2014) ("Motions to file under seal are disfavored, and such motions will be denied unless they comply with Local Rule 1.09.").

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Seal or Otherwise Limit Inspection of a Case Record (Dkt. 15) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of March, 2015

                                                                            SUSAN C. BUCKLEW
                                                                            United States District Judge

Copies To:    Counsel of Record
                      Deloise Ebert
                      12001 Dr. Martin Luther King St., #2912
                      St. Petersburg, FL 33716